

**CASTLEBERRY**
FINANCIAL SERVICES GROUP LLC
*"Your World of Opportunity"*

January 14, 2018

Scott P. Strochak
625 Casa Loma Blvd #207
Boynton Beach, FL 33435

### SCOTT P. STROCHAK WELCOME TO CASTLEBERRY FINANCIAL SERVICES GROUP, LLC

Dear Mr. Strochak,

It is with great pleasure that I welcome you as our Sr. Executive Vice President and Director of Alternative Investments of **Castleberry Financial Services Group, LLC**. I am very pleased that you have chosen to accept our offer of employment and know that this is the beginning of a mutually beneficial relationship.

With your expertise and knowledge in your field we are confident that our company will become that household name soon,

Once again, welcome to **Castleberry Financial Services Group, LLC**

Sincerely,

T. Jonathon Turner
President/ Chief Operations Officer
561-657-3588
jonathon@castleberryfinancialservices.com

CASTLEBERRY FINANCIAL SERVICES GROUP LLC
12794 FROEST HILL BLVD SUITE 10
WELLINGTON, FL 33414
PH: 877-640-9393
CASTLEBERRYFINANCIALSERVICES.COM



DEFENDANT'S EXHIBIT H